# United States Court of Appeals for the Fifth Circuit

---

No. 25-51024
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

June 23, 2026

Lyle W. Cayce
Clerk

GAVIN BLAKE DAVIS,

*Petitioner—Appellant*,

*versus*

GINA FAUBION, *Officer, U.S. Pretrial Services*; KARLA RAMOS, *Officer, U.S. Pretrial Services*,

*Respondents—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-1075

---

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Gavin Blake Davis, federal prisoner # 00197-510, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition, which sought the appointment of a new United States pretrial services officer as a reasonable accommodation. Because Davis has already been convicted and sentenced

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

to a total of 155 months of imprisonment, this issue is moot. *See Yohey v. Collins*, 985 F.2d 222, 228–29 (5th Cir. 1993).

Accordingly, Davis's appeal is DISMISSED as moot. His motion for appointment of counsel is DENIED.